UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. CARABILLO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ULLICO INC. PENSION PLAN )<br>AND TRUST, *et al.*, )<br>)<br>Defendants. )<br>) | CASE NUMBER:    1:04CV00776 (RJL)<br><br>DECK TYPE:  Labor/ERISA (non-employment) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties to the above-captioned action, by and through undersigned counsel, stipulate and agree that all claims in the above-captioned case are hereby dismissed with prejudice. The parties will bear their own costs and attorneys' fees.

_____
David S. Preminger
Keller Rohrback
770 Broadway, 2nd Floor
New York, New York 10003
Tel. (646) 495-6198
Fax. (646) 495-6197
dpreminger@kellerrohrback.com

Counsel for Joseph A. Carabillo

/s/

Ari Karen
Offit Kurman Attorneys At Law
8 Park Center Court
Suite 200
Owings Mills, MD 21117
Tel. (443) 738-1540
Fax. (443) 738-1535
akaren@offitkurman.com

Counsel for John K. Grelle


Shannon Barrett
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001
Tel. (202) 383-5308
Fax. (202) 383-5414
sbarrett@omm.com

Counsel for Joseph A. Carabillo and John K. Grelle
on the Counterclaims


Brian A. Hill (DC Bar #456086)
Matthew T. Reinhard (DC Bar #474941)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
bhill@milchev.com

Counsel for Defendants/Counterclaim Plaintiffs
ULLICO Inc. et al.

---

Ari Karen
Offit Kurman Attorneys At Law
8 Park Center Court
Suite 200
Owings Mills, MD 21117
Tel. (443) 738-1540
Fax. (443) 738-1535
akaren@offitkurman.com

Counsel for John K. Grelle

*/s/ Shannon Barrett*
---
Shannon Barrett
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001
Tel. (202) 383-5308
Fax. (202) 383-5414
sbarrett@omm.com

Counsel for Joseph A. Carabillo and John K. Grelle
on the Counterclaims


*/s/ Brian A. Hill*
---
Brian A. Hill (DC Bar #456086)
Matthew T. Reinhard (DC Bar #474941)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
bhill@milchev.com

Counsel for Defendants/Counterclaim Plaintiffs
ULLICO Inc. et al.

2